ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
JAN 2 4 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 3-17CR-047-N |
| GREGORY MORENO | |

INDICTMENT

The Grand Jury Charges:

Count One
Stalking
(Violation of 18 U.S.C. § 2261A(2)(A))

On or about August 18, 2016, through on or about September 5, 2016, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendant, **Gregory Moreno**, with the intent to harass or intimidate another person, used an interactive computer service, electronic communication service and electronic communication system of interstate commerce to engage in a course of conduct that placed a person or persons, and their immediate family members, in reasonable fear of death or serious bodily injury.

In violation of 18 U.S.C. § 2261A(2)(A).

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
J. MARK PENLEY
Assistant United States Attorney
Texas State Bar No. 15750700
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8805
Mark.penley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

GREGORY MORENO

INDICTMENT

18 U.S.C. § 2261A(2)(A)
Stalking

1 Count

A true bill rendered

DALLAS                                                              FOREPERSON

Filed in open court this 24th day of January, 2017.

_____
                                                                 Clerk

**Summons to Issue**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:16-MJ-918-BF